### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VENTURA MORENO,** | ) | |
| | ) | 7:05CV5027 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CITY OF ALLIANCE, NEBRASKA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte.* On November 22, 2005, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to submit a written report of their meeting. **See** Filing No. 3. No such report has been received by the court.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before January 20, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 10th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge