IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VENTURA MORENO, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5027 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ALLIANCE, KIRK FELKER, | ) | ORDER OF DISMISSAL |
| and JOHN DOES, | ) | |
| | ) | |
| Defendants. | ) | |

The matter before the court is the plaintiff's motion to dismiss the above case with prejudice. Filing No. 18. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 12th day of June, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge